JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA CALVERT,<br><br>          Plaintiff,<br><br>v.<br><br>CONSOLIDATED ASSET RECOVERY SYSTEMS, INC., a North Carolina corporation; MRI INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>          Defendant. | Case No. CV 20-03770-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 31, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE